**FORM 9**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No.08-55187 |
| | : | |
| John Joseph Moore | : | Chapter 7 |
| Christine B. Moore | : | |
| | : | Judge John E. Hoffman Jr. |
| Debtor(s) | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $___8.49___ represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010.  The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Columbia Gas of Ohio 200 Civic Center Dr., 11th FL Columbus, OH 43216 | 8 | $4.64 |
| City of Columbus Division of Water 910 Dublin Rd Columbus, OH 43215 | 12 | $3.85 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $_____8.49_____ | $_____ |

Dated:  _3/22/10_____          Case Trustee:/s/Christal L. Caudill_
                                   Christal L. Caudill
                                   2130 Arlington Ave.
                                   Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215